IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PATTERSON, | No. CIV S-07-0564-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On March 29, 2007, the court issued a scheduling order which required plaintiff to file a dispositive motion within 45 days of service of defendant's response to the complaint and certified administrative record. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110. A review of the docket reflects that the answer was served on August 31, 2007 and the certified administrative record was served on September 5, 2007. To date, plaintiff has not filed a dispositive motion.

1

Plaintiff will be required to show cause and is warned that failure to respond to this order may result in dismissal of the action. See Local Rule 11-110. <u>The filing of a dispositive motion, within the time provided herein, will constitute an adequate response to this order to show cause.</u>

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED: November 15, 2007

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE