1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8926
        Facsimile:  (415) 744-0134
7       E-Mail: Gina.Shin@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 PATRICIA A. PATTERSON,            )
                                     )   CIVIL NO. 2:07-CV-00564-CMK
13       Plaintiff,                  )
                                     )
14            v.                     )   STIPULATION AND ORDER OF REMAND
                                     )
15 MICHAEL J. ASTRUE,                )
   Commissioner of                   )
16 Social Security,                  )
                                     )
17       Defendant.                  )
   _____   )
18

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21 pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

22 offer Plaintiff a new decision.

23      Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24 Administrative Law Judge (ALJ) and direct him or her to further consider the medical source opinions,

25 Plaintiff's credibility, and residual functional capacity for the period before March 5, 2005.

26

27

28

/s/ *Bess M. Brewer*
   (*As authorized on* December 27, 2007)

Bess M. Brewer
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ *Gina Shin*
   (*As signed on* December 27, 2007)

Gina Shin
Special Assistant U.S. Attorney

Attorneys for Defendant


Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

DATED: January 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE